## Commonwealth *v.* Mount, Appellant.

Argued November 27, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Stephen M. Feldman,* with him *Robert E. Lenton* and *Feldman & Feldman,* for appellant.

*Edward G. Rendell,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Opinion Per Curiam, January 19, 1973:

The judgment of sentence which imposed the death penalty is vacated. Judgment of sentence imposing imprisonment for life is hereby entered.